

**BC**

JS 44 (Rev. 10/20) — CIVIL COVER SHEET

United States District Court — Northern District of Illinois — Eastern Division

I. PARTIES AND JURISDICTION

(a) PLAINTIFF:

Joseph R. Varisco

4737 N. Saint Louis Ave., Unit B, Chicago, IL 60625

(312) 405-6301

DEFENDANT:

Ann & Robert H. Lurie Children's Hospital of Chicago

225 E. Chicago Avenue, Chicago, IL 60611

Defendant's Attorneys:

Unknown at time of filing (to be identified upon service)

(b) County of Residence — Plaintiff: Cook County, IL | Defendant: Cook County, IL

(c) Plaintiff's Attorneys: Pro Se

II. BASIS OF JURISDICTION

[X] 3. Federal Question (U.S. Government Not a Party)

Statutes:

42 U.S.C. §§ 12112, 12203 (ADA)

42 U.S.C. § 2000e-3 (Title VII)

29 U.S.C. § 794 (Rehabilitation Act)

**FILED** AW

4/14/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:26-cv-04162
Judge Edmond E. Chang
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

29 U.S.C. § 1132 (ERISA)

31 U.S.C. § 3730(h) (False Claims Act)

28 U.S.C. § 1367 (supplemental jurisdiction for 410 ILCS 305/9)

III. CITIZENSHIP OF PRINCIPAL PARTIES

N/A (Federal Question jurisdiction)

IV. NATURE OF SUIT

[X] 442 — Civil Rights: Employment (Primary)

[X] 791 — ERISA (Secondary)

V. ORIGIN

[X] 1. Original Proceeding

VI. CAUSE OF ACTION

Employment discrimination based on HIV-positive status and communication disability (ADA), failure to accommodate, retaliation for filing EEOC charge and reporting federal grant compliance concerns, wrongful termination with record falsification, benefits suppression (ERISA), unauthorized HIV status disclosure (Illinois AIDS Confidentiality Act), and False Claims Act whistleblower retaliation. EEOC Right to Sue issued January 13, 2026. EEOC Charge No. 440-2024-11365.

VII. DEMAND

$1,733,596 – $2,100,000+ (inclusive of compensatory, punitive, statutory penalties, and equitable relief)

CLASS ACTION: No

JURY DEMAND: Yes

VIII. RELATED CASES

EEOC Charge No. 440-2024-11365 (concluded — RTS issued 01/13/2026)

OCR Section 504 Complaint No. 504-2025-0009 (pending)

IDFPR Case No. 2025-02187 (pending)

IDHR Controls 25M0904.06 and 250917.032 (pending)

DATE: April 13, 2026

/s/ Joseph R. Varisco

Joseph R. Varisco, Pro Se

4737 N. Saint Louis Ave., Unit B, Chicago, IL 60625

(312) 405-6301 | variscojr@gmail.com