



FILED
4/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


JOSEPH R. VARISCO,

  Plaintiff,


v.                Case No. 1:26-cv-04162


ANN & ROBERT H. LURIE CHILDREN'S

HOSPITAL OF CHICAGO,

  Defendant.


NOTICE OF CURE OF DEFICIENCY


Plaintiff Joseph R. Varisco submits this Notice in response to the Court's Document Deficiency Notice dated April 14, 2026, identifying a missing Appearance Form for Pro Se Litigants.


Plaintiff hereby files the missing Appearance Form for Pro Se Litigants in cure of that deficiency.


Dated: Wednesday, April 15, 2026

Respectfully submitted,

Joseph R. Varisco

4737 N. Saint Louis Ave., Unit B-BSMT

Chicago, IL 60625-9181

312-405-6301

variscojr_accounts@proton.me